

No. 12–0194/AR. U.S. v. Evan Vela. CCA 20080133. Review granted on the following issues:

> WHETHER THE MILITARY JUDGE ERRED IN DENYING THE DEFENSE'S MOTION TO DISMISS OR DISQUALIFY UNDER *UNITED STATES v. KASTIGAR*. WHETHER THE EVIDENCE WAS LEGALLY INSUFFICIENT TO SUPPORT THE FINDINGS OF GUILTY TO CHARGE III.

Briefs will be filed under Rule 25.